UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

AARON TOPOREK,

    Plaintiff,

v.                                  Case No.: _____

BAKER CONCRETE
CONSTRUCTION, INC.,

    Defendant.
_____/

## INITIAL COMPLAINT

COMES NOW the plaintiff, Aaron Toporek, by and through his undersigned counsel, and hereby files this Initial Complaint against defendant, Baker Concrete Construction, Inc., and alleges:

### *I. Jurisdiction and Venue*

1. This Court has jurisdiction of this cause pursuant to 28 U.S.C. § 1331 insofar as claims arise under the Fair Labor Standards Act (FLSA).

2. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because the claims arose in this district; defendant has an office and conducts business in this district; plaintiff was employed, paid, and worked in this district; all causes of action accrued in this district; and defendant is subject to personal jurisdiction in this district.

## II. Parties

3. Plaintiff is a former employee of defendant. During his employment with defendant, plaintiff performed his duties in Mount Vernon, Mobile County, Alabama.

4. Among possible other locations, defendant performed construction operations in Mount Vernon, Mobile County, Alabama. At all times relevant hereto, defendant has employed two or more persons engaged in interstate or foreign commerce and/or engaged in handling and working on goods and materials that have moved in interstate or foreign commerce, and upon information and belief has had gross revenues exceeding $500,000 per year.

5. Defendant is subject to, and not exempt from, the provisions of the FLSA.

## III. Factual Allegations

6. Plaintiff's employment with defendant began in August, 2008. Plaintiff performed duties for defendant at the Thyssen Krupp Steel Mill construction site in Mount Vernon, Alabama.

7. Plaintiff was not employed in a bona fide executive, administrative, or professional capacity, or in the capacity of an outside salesperson.

8. At no point in his employment did plaintiff supervise a crew of two or more people.

9. Moreover, at all times in his employment the primary function of his job was to perform physical labor.

10. In the performance of his duties, plaintiff routinely worked in excess of 40 hours per week. Nevertheless, defendant failed to compensate him at the legally required rate for the overtime hours which he worked.

11. At all times related herein, plaintiff was entitled to, and not exempt from, the protections and provisions of the FLSA.

12. Plaintiff's employment with defendant ended in April, 2009.

### IV. Violation of Fair Labor Standards Act
### (Overtime Compensation)

13. Plaintiff realleges and incorporates herein paragraphs 1 through 12, above.

14. Throughout plaintiff's employment with defendant, defendant was fully aware of the FLSA and the obligations imposed by it to pay overtime compensation.

15. Nevertheless, defendant willfully and intentionally failed and refused to properly compensate plaintiff and pay him overtime wages. Such conduct of defendant constituted a violation of the FLSA, as well as a willful and intentional violation thereof.

16. As a result of defendant's violation of the FLSA, plaintiff has been denied compensation for his labor at the legally required rate.

17. Moreover, plaintiff has had to retain an attorney in order to collect the wages owed to him by defendant.

WHEREFORE, plaintiff demands judgment against defendant for all unpaid overtime compensation, an additional equal amount as liquidated damages, interest (including pre-judgment interest), costs, attorneys' fees, and any other relief to which he may be entitled.

*Plaintiff demands jury trial on all issues contained in this Initial Complaint which are so triable.*

                                                    Respectfully submitted,

                                                   Bradley S. Odom, Esq.
                                                   Alabama Bar Number: ASB-0269-M76B
                                                   Florida Bar Number:   932868
                                                 ODOM & BARLOW, P.A.
                                                 1800 North "E" Street
                                                 Pensacola, Florida  32501
                                                 (850) 434-3527
                                                 Attorneys for Plaintiff